U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAR 26 2010

TONY R. MOORE, CLERK
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| JUDY MARIE THOMAS | CIVIL ACTION NO: 09-0888 |
| VERSUS | JUDGE DONALD E. WALTER |
| CHESAPEAKE LOUISIANA, L.P. AND CHESAPEAKE OPERATING, INC. | MAGISTRATE JUDGE HORNSBY |

## ORDER

Before the Court is a Motion for Limited Jurisdictional Discovery [Doc. #8] filed by the Plaintiff, Judy Marie Thomas, to develop information regarding the citizenship of Chesapeake Louisiana, L.P. ("Chesapeake Louisiana"). Defendants oppose this motion.

This matter was originally filed in the First Judicial District Court for the Parish of Caddo, State of Louisiana. The Defendants removed the case claiming diversity jurisdiction under 28 U.S.C. §1332, and jurisdiction under the Class Action Fairness Act, 28 U.S.C. §1453(b) ("CAFA").

In light of the recent United States Supreme Court case *Hertz Corp. v. Friend*, 130 S.Ct. 1181 (2010), the Court finds that it is unnecessary to allow Plaintiffs to engage in limited jurisdictional discovery. Both the Plaintiff and the Defendants have presented sufficient evidence relative to the citizenship of Chesapeake Louisiana, including its general and limited partners.

Accordingly, Plaintiff's Motion for Limited Jurisdictional Discovery [Doc. #8] is hereby **DENIED**.

**THUS DONE AND SIGNED**, this _____ day of March, 2010.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE